**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Chicago Truck Drivers, Helpers and Warehouse Union (Independent) Pension Fund, et al, v. LLA Construction Holding, Inc., an Illinois Corporation f/k/a ALL Construction Co., Inc., et al. | FILED: JULY 11, 2008<br>08CV3954<br>JUDGE DARRAH<br>MAGISTRATE JUDGE DENLOW<br>EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Chicago Truck Drivers, Helpers and Warehouse Union (Independent) Pension Fund, et al.

| | |
|---|---|
| NAME (Type or print)<br>Thomas J. Angell | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Thomas J. Angell | |
| FIRM<br>Jacobs, Burns, Orlove, Stanton & Hernandez | |
| STREET ADDRESS<br>122 S. Michigan Avenue, Suite 1720 | |
| CITY/STATE/ZIP<br>Chicago, IL 60603-6145 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>03122805 | TELEPHONE NUMBER<br>312-327-3437 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓　NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓　NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐　NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓　NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |