**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Chicago Truck Drivers, Helpers and Warehouse Union (Independent) Pension Fund, et al, <br> v. <br> LLA Construction Holding, Inc., an Illinois Corporation f/k/a ALL Construction Co., Inc., et al. | FILED: JULY 11, 2008 <br> 08CV3954 <br> JUDGE DARRAH <br> MAGISTRATE JUDGE DENLOW <br> EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Chicago Truck Drivers, Helpers and Warehouse Union (Independent) Pension Fund, et al.

| NAME (Type or print) |
|---|
| M. Garrett Hohimer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ M. Garrett Hohimer |
| FIRM |
| Jacobs, Burns, Orlove, Stanton & Hernandez |
| STREET ADDRESS |
| 122 S. Michigan Avenue, Suite 1720 |
| CITY/STATE/ZIP |
| Chicago, IL 60603-6145 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06291640 | 312-327-3461 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐