AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Chicago Truck Drivers, Helpers and Warehouse
Union (Independent) Pension Fund, a trust, and Jack
Stewart, its Fund Manager and one of its Trustees,

V.

LLA Construction Holding, Inc., an Illinois
Corporation f/k/a ALL Construction Co., Inc.,
and a/k/a A.L.L. Construction Co., Inc.

CASE NUMBER: 08CV3954

ASSIGNED JUDGE: JUDGE DARRAH
MAGISTRATE JUDGE DENLOW
EDA

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

LLA Construction Holding, Inc.
c/o Alex Puig
1430 N. Elston Avenue
Chicago, IL 60622

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Angell, Esq.
Jacobs, Burns, Orlove, Stanton & Hernandez
122 S. Michigan Ave., Suite 1720
Chicago, IL 60603-6145

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Michael W. Dobbins, Clerk

*Esperanza Arnold* (signature)

(By) DEPUTY CLERK



July 11, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | July 24'th, 2008 |
| NAME OF SERVER (PRINT) Don Johnson | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Personally handed the Summons and the Complaint to Mr. Alexander Puig, as President and Agent for LLA Construction Holding, Inc. Service was effected at 1902 Ivy Lane, in Glenview, Illinois, at the hour of 6:50 p.m., on Thursday, July 24'th, 2008.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 24'th, 2008        [signature]
                  Date                    *Signature of Server*

Post Office Box # 911
Tinley Park, Ill. 60477

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.