UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO TRUCK DRIVERS, HELPERS AND WAREHOUSE UNION (INDEPENDENT) PENSION FUND, a Trust, and JACK STEWART, its Fund Manager and one of its Trustees,<br><br>               Plaintiffs,<br><br>  v.<br><br>LLA CONSTRUCTION HOLDING, INC., an Illinois Corporation f/k/a ALL Construction Co., Inc. and a/k/a A.L.L. Construction Co., Inc.<br><br>               Defendant. | Case No. 08 C 3954<br>Judge Darrah<br>Magistrate Judge Denlow |

**MOTION FOR DEFAULT AND DEFAULT JUDGMENT**

Plaintiffs move the Court under Fed.R.Civ.P. ("Rule") 55(b) for an order directing the Clerk of the Court to enter a default and default judgment against Defendant. Plaintiffs state in support:

1. On July 11, 2008 the Plaintiffs filed this ERISA action to collect withdrawal liability from Defendant.

2. Defendant was properly served on July 24, 2008 (R. 8), but has failed to answer or otherwise plead within the time allowed by Rules 12 and therefore is in default.

**WHEREFORE**, Plaintiffs respectfully request:

(A)    That Defendant be adjudged to be in default.

(B)    That a default judgment be entered against Defendant in conformity with the relief requested in Plaintiffs' Complaint.

        Respectfully submitted,

        /s/  Thomas J. Angell
        Thomas J. Angell
        Attorney for Plaintiffs
        Jacobs Burns Orlove Stanton & Hernandez
        122 S. Michigan Avenue, Suite 1720
        Chicago, IL 60603
        (312) 372-1646