# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Chicago Truck Drivers, Helpers and Warehouse Union (Independent) Pension Fund, et al.

                         Plaintiff,

v.                                    Case No.: 1:08−cv−03954

                                    Honorable John W. Darrah

LLA Construction Holding, Inc.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2008:

      MINUTE entry before the Honorable John W. Darrah:Plaintiffs' motion for default judgment [9] is entered and continued to 9/30/08 at 9:00 a.m. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.